UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

14 AUG 13 PM 1:49

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>vs.<br><br>HECTOR MANUEL BASILIO GAXIOLA (1),<br><br>                      Defendant. | CASE NO. **13CR0986-JLS**<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

_X_    the Court has granted the motion of the Government for dismissal, without prejudice; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

_X_    of the offense(s) as charged in the Information:

      18 USC 1001 - False statement to federal officer.

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: August 8, 2014

*/s/ Janis L. Sammartino*
HONORABLE JANIS L. SAMMARTINO
UNITED STATES DISTRICT JUDGE